**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Sabrina A. Beldner, Esq. (SBN 221918)
    Email: sbeldner@mcguirewoods.com
Amy E. Beverlin, Esq. (SBN 284745)
    Email: abeverlin@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Tel:   (310) 315-8200
Fax:   (310) 315-8210

Sylvia J. Kim (SBN 258363)
    Email:  skim@mcguirewoods.com
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Tel:   415.844.9944
Fax:   415.844.9922

Attorneys for Defendant
SCHNEIDER NATIONAL CARRIERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL SHERMAN, on behalf of himself, all others similarly-situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-08609-AB-JC<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

121171604.1

NOTICE OF LODGING OF [PROPOSED] JUDGMENT

**TO THE HONORABLE ANDRÉ BIROTTE JR., UNITED STATES DISTRICT JUDGE, AND PLAINTIFF:**

Pursuant to the September 9, 2019 Order Granting With Prejudice Motion To Dismiss Third Amended Complaint [Dkt. #42], Defendant Schneider National Carriers, Inc. respectfully lodges herewith a [Proposed] Judgment for the Court's consideration.

Respectfully Submitted,

DATED: September 11, 2019         **MCGUIREWOODS LLP**

                                  By: /s/ Matthew C. Kane
                                       Matthew C. Kane, Esq.
                                       Sabrina A. Beldner, Esq.
                                       Sylvia J. Kim, Esq.
                                       Amy E. Beverlin, Esq.

                                  Attorneys for Defendant SCHNEIDER NATIONAL CARRIERS, INC.