# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SHERMAN, on behalf of himself, all others similarly-situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-08609-AB-JC<br><br>[~~PROPOSED~~] **JUDGMENT IN FAVOR OF DEFENDANT SCHNEIDER NATIONAL CARRIERS, INC. AND AGAINST PLAINTIFF RANDALL SHERMAN** |

# [PROPOSED] JUDGMENT

The Court, having issued an Order Granting With Prejudice Defendant Schneider National Carriers, Inc.'s Motion to Dismiss and/or Strike Plaintiff Randall Sherman's Third Amended Complaint [Dkt. #42], now enters Judgment as follows:

Judgment shall be and hereby is entered in favor of Defendant Schneider National Carriers, Inc. and against Plaintiff Randall Sherman on all of his claims alleged in this action.

Plaintiff Randall Sherman shall take nothing by way of his Third Amended Complaint or otherwise against Defendant Schneider National Carriers, Inc. in this action.

Defendant Schneider National Carriers, Inc. shall recover its attorneys' fees of $_____, and costs of $_____ shall be taxed, against Plaintiff Randall Sherman, as determined by the Court in accordance with applicable law pursuant to separate bills, applications and/or motions by Defendant.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATE: September 23, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE